[No. 42094-1-I.    Division One.    June 21, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. TONELLI J. ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-03369-8, Brian D. Gain, J., entered January 9, 1998. *Remanded* by unpublished per curiam opinion.

[No. 42238-3-I.    Division One.    June 21, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LINDA SUE SANDERS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 97-1-00307-8, Michael F. Moynihan, J., entered February 19, 1998. *Reversed* by unpublished per curiam opinion.

[No. 42303-7-I.    Division One.    June 21, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. STANLEY LEON FRAZIER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-01543-5, Bobbe J. Bridge, J., entered March 18, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 42401-7-I.    Division One.    June 21, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD CHRISTIAN COGGLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-07076-3, Michael S. Spearman, J., entered March 30, 1998. *Reversed* by unpublished per curiam opinion.